# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rember Genaro Molina

**(b)** County of Residence of First Listed Plaintiff: San Joaquin County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Aaron Spolin, Spolin Law PC, 11500 W. Olympic Blvd., Suite 400, Los Angeles, CA 90064, (310) 424-5816

## DEFENDANTS
GENA JONES, Acting Warden, California Health Care Facility, Stockton

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

## IV. NATURE OF SUIT
[X] 530 General (Habeas Corpus)

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 28 U.S.C. § 2254
Brief description of cause: Petition for Writ of Habeas Corpus by a Person in State Custody Under 28 U.S.C. § 2254

## VII. REQUESTED IN COMPLAINT:
DEMAND $
JURY DEMAND: No

## VIII. RELATED CASE(S), IF ANY

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)

**DATE:** 04/26/2023
**SIGNATURE OF ATTORNEY OF RECORD:** /s/Aaron Spolin